```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| JODENE BURKHART and | ) | ORDER |
| KELLI LARSON, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendant Burkhart, filing no. 18, is granted, and **as to both defendants**,

1. The deadline for filing pretrial motions is extended to November 14, 2008.

2. The status conference is continued to November 25, 2008 at 1:30 p.m. and will be held in the chambers of the undersigned. Defendants are not required to be present.

DATED this 10th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge