IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| JODENE BURKHART and | ) | ORDER |
| KELLI LARSON, | ) | |
| | ) | |
| Defendants. | ) | |

Following a telephone conference this date,

IT IS ORDERED:

Another telephone conference will be held on April 3, 2009 at 10:00 a.m. to discuss the status of the case.

Plaintiff's counsel shall initiate the call.

DATED February 24, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge