```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| JODENE BURKHART and | ) | ORDER |
| KELLI LARSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Following a telephone conference with counsel on this date pursuant to Fed. R. Crim. P. 17,

IT IS ORDERED:

1. Defendants are given until June 15, 2009 by which to file motions in this matter.

2. In respect to any defendant's motions filed, the government shall have ten working days to respond.

3. Hearings on motions, if necessary, will be set by separate order.

This matter having previously been exempted from the time limits of the Speedy Trial Act, no further action need be taken in that regard at this time.

DATED this 3rd day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge