IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| V. | ) | |
| | ) | |
| JODENE BURKHART, KELLI LARSON, | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the government's unopposed motion to continue, (filing no. 40), is granted, and the government's response to the defendants' motion for discovery, motion to change venue, and motion to dismiss shall be filed on or before July 13, 2009.

DATED this 29th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge