IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| V. | ) | |
| | ) | |
| JODENE BURKHART, | ) | MEMORANDUM |
| KELLI LARSON, | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

    I conferred with counsel by telephone today regarding defense counsels' representation that they intend to file motions and affidavits seeking trial in North Platte. The government's lawyer indicated that if such motions and affidavits were filed, the government would submit counter affidavits. Nonetheless, the parties and I discussed tentative trial scheduling should the case require trial in North Platte. Counsel estimated that the trial would take 7 days. And we investigated the availability of air connections from Denver to North Platte. With the foregoing in mind,

    IT IS ORDERED that if the defendants request trial in North Platte, they shall file the required motion and affidavits by August 10, 2009. The government shall file any affidavits in opposition no later than August 24, 2009. If this case is set for trial in North Platte, trial will commence on February 8, 2010, and the time between the order setting the case for trial on that date and the trial date will be excluded for purposes of computation under the Speedy Trial Act with the agreement of counsel and based upon the difficulty of scheduling and holding trial in North Platte. *See* 18 U.S.C. § 3161.

    DATED this 17th day of July, 2009.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          United States District Judge