IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| JODENE BURKHART, KELLI LARSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

At the request of counsel, I conducted a telephone status conference on January 8, 2010. This case is presently set for trial in North Platte in February. The parties jointly asked me to continue the trial. Given the complexity of this case, I was willing to do so with two stipulations: (1) the extra time between now and a status conference would be excluded under the Speedy Trial Act and (2) the parties will be accommodating if a trial needs to be rescheduled later in North Platte and such additional time would also be excluded. All counsel readily agreed to these stipulations and so, with their agreement and upon their joint oral motion,

IT IS ORDERED that this case is removed from the trial calendar. A status conference will be held via telephone on Wednesday, March 10, 2010 at noon. My judicial assistant shall arrange the telephone conference. The time between January 8, 2010 and March 10, 2010 is excluded for computation purposes in the interests of justice. *See* 18 U.S.C. 3161(h)(7)(A)&(B). If additional time is reasonably required to reschedule this matter for trial in North Platte, such additional time will also be excluded.

DATED this 11th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge