IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JODENE BURKHART, KELLI LARSON, | ) ) | |
| | ) | |
| Defendants. | ) | |

1) The parties' joint motion to continue, (filing no. 58), is granted, and the trial of this case, previously scheduled for October 18, 2010, is continued pending further order of the court.

2) For the reasons set forth in the motion, the court finds the ends of justice served by granting the parties' request to continue the trial outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the completion of this matter, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7).

3) A status conference will be held before the undersigned magistrate judge on April 18, 2011 at 1:00 p.m. Unless the court later orders otherwise, the defendants may, but need not attend the status conference. If the defendants attend, the status conference will be held in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. If the defendants do not attend, the status conference will be held in chambers.

DATED this 14th day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge