IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| V. | ) | |
| | ) | |
| JODENE BURKHART and | ) | ORDER |
| KELLI LARSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that the plaintiff's motion for release of funds (filing 62) and motion for dismissal (filing 63) are granted.

    DATED this 2nd day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge