IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| JODENE BURKHART and KELLI LARSON, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

On August 5, 2011, the clerk's office erroneously distributed funds to attorneys Brent Bloom and Stuart Dornan instead of the United States as ordered by this court (Filing No. 64).

IT IS ORDERED: Brent Bloom and Stuart Dornan are directed to return the checks to the clerk's office. Upon receipt, the clerk's office is directed to release to the United States the total of $30,000.00 which was paid by the defendants pursuant to the Pretrial Diversion Agreements.

DATED this 8th day of August, 2011.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.